UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**



Order Filed on May 4, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    **FAITH ANN BARBEE**

    **Debtors.**

Case No. 16-16078 (JNP)

Hearing Date: April 26, 2016 10:00 AM

Judge: JERROLD N. POSLUSNY, JR.

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: May 4, 2016

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page Two
**Debtors:**     **FAITH ANN BARBEE**
**Case No.**    **16-16078 (JNP)**
**Order:**     **ORDER DISMISSING CASE WITH ONE (1) YEAR BAR**

___

Upon the motion of the Court and for good cause shown, it is

**ORDERED** that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Debtor is hereby barred from filing for Chapter 13 bankruptcy protection for period of one (1) year from the date of this Order.